UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESS RICO MARTINEZ, | No. 2:25-cv-2570 SCR P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE FOR THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his application, petitioner challenges a conviction issued by the Tulare County Superior Court. Tulare County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Although it is not entirely clear to the court that petitioner intended to file this habeas petition in federal court, this action will be transferred to the Fresno Division of the court.[1]

/////

---

[1] Petitioner lists the Tulare County Superior Court, Visalia Division in the case caption and raises a state law claim pursuant to California's Racial Justice Act. See Cal. Penal Code § 745. If petitioner intended to file this habeas action in state court, he may file a motion to voluntarily dismiss this federal court case and refile the petition in the state trial court.

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern District of
3  California sitting in Fresno; and

4  2. All future filings shall reference the new Fresno case number assigned and shall be
5  filed at:

      United States District Court
      Eastern District of California
      2500 Tulare Street
      Fresno, CA 93721

DATED: September 15, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2