# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESS RICO MARTINEZ,<br><br>  Petitioner,<br><br>  v.<br><br>PEOPLE FOR THE STATE OF CALIFORNIA,<br><br>  Respondent. | Case No. 1:25-cv-01214 JLT CDB  (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING THE CLERK OF COURT TO CLOSE THE CASE, AND DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY<br><br>(Doc. 7) |

Upon preliminary screening of this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, the assigned magistrate judge issued Findings and Recommendations recommending that the petition for writ of habeas corpus be denied as an unauthorized successive petition and otherwise untimely, and that the court decline to issue a certificate of appealability. (Doc. 7.) Petitioner timely filed objections. (Doc. 12.)

Petitioner argues that his petition is not successive because "the factual allegations rest on 'new [not previously alleged] legal authority'" (*id.* at 5), specifically, California's Racial Justice Act (adding Cal. Pen. Code § 745). However, the magistrate judge correctly found that, "[t]o the extent Petitioner's citation to California Penal Code § 745 can be interpreted as an argument that he is bringing his petition pursuant to a new rule of law, this state statute does not equate to a 'new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court.'" (Doc. 7 at 3) (quoting 28 U.S.C. § 2244(b)(2)(A).) Petitioner otherwise does not

address the magistrate judge's findings that the petition was unauthorized and untimely.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Having found that Petitioner is not entitled to relief, the Court now turns to whether a certificate of appealability should issue. A petitioner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is only allowed in certain circumstances. *Miller-El v. Cockrell*, 537 U.S. 322, 335–36 (2003); 28 U.S.C. § 2253. If the Court denies a habeas petition on procedural grounds, it may only issue a certificate of appealability if "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000.) In the present case, the Court finds that reasonable jurists would not find the determination that the petition is successive debatable or wrong, or that Petitioner stated a valid claim of the denial of a constitutional right. Therefore, the Court declines to issue a certificate of appealability. Thus, Court **ORDERS**:

1. The Findings and Recommendations issued on September 18, 2025 (Doc. 7) are **ADOPTED** in full.
2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice as an unauthorized successive petition.
3. The Clerk of the Court is directed to close the case.
4. The Court declines to issue a certificate of appealability.

IT IS SO ORDERED.

Dated:   **October 24, 2025**

UNITED STATES DISTRICT JUDGE

2